IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **PLAINTIFF SCANNING TECHNOLOGIES INNOVATIONS LLC**<br>Plaintiff/Petitioner<br>vs.<br>**SMARTOSC US LLC**<br>Defendant/Respondent | Cause No.: **2:19-CV-01002-RAJ**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE RICHARD A. JONES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of July, 2019** at **1:43 PM** at the address of **170 S. LINCOLN STREET SUITE 150, SPOKANE, Spokane County, WA 99201**; this declarant served the above described documents upon **SMARTOSC US LLC c/o REGISTERED AGENTS, INC., REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ramona Doe , REGISTERED AGENT , PERSON AUTHORIZED TO ACCEPT, who accepted service, a female approx. 25-35 years of age, 5'4"-5'6" tall, weighing 80-120 lbs with black hair with glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$125.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____7/8/19_____.

_[signature]_

**Skyler Gobble, Reg. # 1657, Spokane County Auditor**

ORIGINAL PROOF OF SERVICE

PAGE 1 OF 1

Tracking #: **0039390965**

For: **Ranallo Law Office**
Ref #: **19-1002 WDWA**