THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SMARTOSC US LLC<br><br>Defendant. | No. 2:19-cv-01002-RAJ<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>**Noting date: 9/9/19** |

To: Clerk of Court

Plaintiff Scanning Technologies Innovations, LLC, hereby requests entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Smartosc US, LLC for failure to file an answer or other responsive pleading within the time limit set forth in the Federal Rules.  The instant request is supported by the Declaration of Nicholas Ranallo submitted concurrently herewith.

Respectfully Submitted this 9th day of September, 2019

/s/ Nicholas Ranallo_____

Nicholas Ranallo, Attorney at Law
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com

- 1 -
REQUEST FOR ENTRY OF DEFAULT – Case No. 2:19-cv-01002-RAJ