THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SMARTOSC US LLC<br><br>Defendant. | No. 2:19-cv-01002-RAJ<br><br>**RANALLO DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**<br><br>**Noting date: 9/9/19** |

I, Nicholas Ranallo, do hereby state as follows:

1. I am the attorney for Plaintiff Scanning Technologies Innovations, LLC in the above-captioned matter. I am over the age of 18, and this declaration is based upon personal knowledge of the matters set forth herein.

2. Defendant SmartOSC US, LLC was served with the Summons, Complaint, and other associated documents on July 3, 2019, at the address of their registered agent, as identified by the Washington Secretary of State. The time to respond elapsed on July 24, 2019.

3. A copy of the Affidavit of Service was previously filed on July 8, 2019. See ECF No. 8.

4. As of this date, Defendant has not filed an Answer or other responsive pleading.

/
//
//
//
//

5. Upon information and belief, Defendant is not a minor, incompetent person, or servicemember subject to the Servicemembers Civil Relief Act.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 9th day of September, 2019 in Friday Harbor, Washington.


/s/ Nicholas Ranallo_____

Nicholas Ranallo, Attorney at Law
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com