Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SMARTOSC US LLC,<br><br>　　　　Defendant. | No. 2:19-cv-01002 RAJ<br><br>CLERK'S ORDER OF DEFAULT |

THIS MATTER has come before the Court on Plaintiff's Motion for Entry of Default as to Defendant Smartosc US LLC, and supporting documentation.

Defendant Smartosc US LLC failing to appear, good cause being shown, and the Court being fully advised,

IT IS HEREBY ORDERED that Defendant Smartosc US LLC is in default.

DATED this 10th day of September, 2019.

　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　By:　 */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S ORDER OF DEFAULT – 1