# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SMARTOSC US LLC,<br><br>    Defendant. | Civil Action No. Case No. 2:19-cv-1002-RAJ<br><br>**STI LLC'S FEE & COST SUBMISSION** |

Pursuant to the Court's March 1, 2021 Order, Plaintiff Scanning Technologies Innovations, LLC ("STI", "Plaintiff") hereby submits the following concerning the amount of its fees according to the attached affidavit (Affidavit of Jay Johnson) and costs to be awarded under 35 U.S.C. 284. Therefore, in addition to the $50,000 award already granted by the Court, Plaintiff respectfully requests that the Court add $10,935.00 in attorney fees ("Exhibit A") and $825.00 in costs ("Exhibit B") (Total = $61,760.00).

Dated: March 15, 2021                                                            Respectfully Submitted,

By: */s/ Nicholas Ranallo*
**Nicholas Ranallo, Attorney at Law (#51439)**
5058 57th Ave. South
Seattle, WA 98118
(831) 607-9229
Fax: (831) 533-5073

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

nick@ranallolawoffice.com

**ATTORNEYS FOR PLAINTIFF**

PLAINTIFF'S FEE & COST SUBMISSION