IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SMARTOSC US LLC,<br><br>        Defendant. | Civil Action No. Case No. 2:19-cv-1002-RAJ |

## AFFIDAVIT OF JAY JOHNSON

I, Jay Johnson hereby declare and state as follows:

1. I am a partner with the law firm Kizzia Johnson, PLLC located at 1900 Pacific Ave., Suite 13000, Dallas, TX 75201, and am counsel of record for Plaintiff Scanning Technologies Innovations, LLC in the above-captioned action. I am over eighteen years of age, have personal knowledge of the facts and statements contained in this declaration, and I declare under penalty of perjury that the following is true and correct.

2. I make this Declaration in support of Scanning Technologies Innovations, LLC's fee submission pursuant to the Court's March 1, 2021 Order.

3. I have over 27 years of experience in intellectual property law.

4. I am lead counsel in the above referenced case.

5. My hourly rate is $450.

6. Scanning Technologies Innovations, LLC's fee submission is supported by the contemporaneous time records of Scanning Technologies Innovations, LLC's counsel for legal services rendered in and related to this action, appended hereto.

7. The total amount of charges to date, supported by the exhibits appended hereto, is $10,935.00 for attorneys' fees and $825.00 for expenses.

8. The fees incurred by Scanning Technologies Innovations, LLC in this matter were necessary and reasonable for this type of litigation.

9. The figures for fees and expenses submitted in this matter are true and correct to the best of my knowledge.

10. The figures cited herein cover the time period commencing May 2019 through the date of this declaration.

11. I am of age and of sound mind and otherwise competent to make the declarations herein.

I declare under declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 15, 2021.

_____
Jay Johnson