HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SMARTOSC US LLC,<br><br>  Defendant. | CASE NO. 2:19-cv-1002-RAJ<br><br>ORDER |

On March 1, 2021, this Court entered an Order requiring Plaintiff's counsel to provide an updated accounting of attorney's fees and costs as well as supporting documentation within fourteen (14) days so that judgment could be entered. Dkt. # 13 at 4. Plaintiffs have provided a calculation and documentation of attorney fees and costs related to this case. Dkt. ## 14-1, 14-2, 14-3. In accordance with *Trustees of the Const. Indus. & Laborers Health & Welfare Trust v. Redland Ins. Co.*, 460 F.3d 1253, 1256-57 (9th Cir. 2006), the Court awards the hourly fees of both Plaintiff's counsel and counsel's

ORDER- 1

hourly-billing support staff. The Court finds that Plaintiff's evidence supports an attorney fee award of $10,935.00 and costs of $825.00. Dkt. ## 14-2, 14-3. This amount shall be added to the $50,000.00 awarded by this Court on March 1, 2021. Dkt. # 13 at 4.

Therefore, the Court hereby **ORDERS**:

    (1) Default judgment is entered in favor of Plaintiff Scanning Technologies Innovations, LLC; and,

    (2) Default judgment is for the total amount of $61,760.00.

Dated this 15th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2