# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>     Plaintiff,<br> v.<br><br>SMARTOSC US LLC,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:19-cv-001002-RAJ |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth in the Court's Orders of March 1, 2021 and April 15, 2021, judgment is entered in favor of Plaintiff Scanning Technologies Innovations LLC, against Defendant SmartOSC US LLC in the amount of $61,760.00.

DATED this 19th day of April, 2021.

              WILLIAM M. McCOOL,
              Clerk of the Court

            By:   */s/ Victoria Ericksen*
                Deputy Clerk